441 A.2d 776

Commonwealth v. Shook, Appellant.

Submitted November 10, 1981. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.